■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DEMBERT, Appellant. [966 NYS2d 692]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered March 15, 2011, convicting him of assault in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not voluntary is unpreserved for appellate review (*see People v Perez*, 51 AD3d 1043 [2008]). In any event, the defendant's plea was entered knowingly, voluntarily, and intelligently (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]; *People v Harris*, 61 NY2d 9, 17 [1983]). Rivera, J.P., Dickerson, Leventhal and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON DIAZ, Appellant. [966 NYS2d 677]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 5, 1994 (*People v Diaz*, 18 AD3d 573 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered October 22, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dickerson, Austin and Cohen, JJ., concur.